# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANIS O'CONNOR,** | : | CIV NO. 1:22-CV-1607 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **ELMER SNYDER, et al.,** | : | |
| **Defendants.** | : | |

# ORDER

AND NOW, this 19th day of September 2023, in accordance with the accompanying Memorandum Opinion, the defendants' motion to dismiss (Doc. 31), is GRANTED. The clerk is directed to CLOSE this file.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge